IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN LABORERS HEALTH FUND,
WISCONSIN LABORERS PENSION FUND,
WISCONSIN LABORERS DISTRICT COUNCIL,
MILES MERTENS and WISCONSIN LABORERS-
EMPLOYERS COOPERATION AND EDUCATION
TRUST FUND,

          Plaintiffs,

v.

BOB EWERS CONTRACTING, LLC,

          Defendant.

JUDGMENT
IN A CIVIL CASE

Case No. 08-cv-90-bbc

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs Wisconsin Laborers Health Fund, Wisconsin Laborers Pension Fund, Wisconsin Laborers District Council, Miles Mertens, and Wisconsin Laborers-Employers Cooperation and Education Trust Fund against defendant Bob Ewers Contracting, LLC, in the amount of $91,709.82 plus actual costs and actual and reasonable attorney fees in the amount of $4,292.22.

_____
Peter A. Oppeneer, Clerk of Court

12/5/08
Date